## Weightstill Woods, Appellant, v. Village of La Grange Park, Appellee.

### Gen. No. 42,539.

opinion filed May 1, 1944; rehearing denied May 15, 1944. Weightstill Woods, *pro se;* Benjamin Franklin Langworthy, James Glenn McConaughy and Maloney & Wooster, of counsel; Stevens & Stevens, for appellee; George M. Stevens, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.